# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ADAM FLORES                                                                                       PLAINTIFF

V.                              NO. 4:21-cv-00780-LPR-ERE

TISH JHONSON, *et al.*                                                                         DEFENDANTS

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Flores' claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.  Discussion

On September 2, 2021, Marcus Walton, an inmate at the Dallas County Detention Center, filed this § 1983 lawsuit *pro se* on behalf of himself and 13 other inmates, including Plaintiff Adam Flores. Pursuant to Court policy, the lawsuit was

separated into 14 separate cases. The Court allowed each Plaintiff to pursue their own claims in their own lawsuit. *Doc. 1*.

Mr. Flores did not file a complete application for leave to proceed *in forma pauperis* (IFP) including a jail account information sheet signed by an authorized official; nor did he pay a filing fee.

In addition, on September 15, 2021, mail sent to Mr. Flores from the Court was returned as "undeliverable" with a notation that Mr. Flores is "no longer in this facility." *Doc. 3*. Mr. Flores failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order (*Doc. 2*).

On September 16, 2021, the Court ordered Mr. Flores to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 4*. To date, he has not responded to the Court's September 16 Order. Meanwhile, additional items of mail sent to Mr. Flores have been returned to the Court as "undeliverable." *Docs. 5, 6, 7*. Thus, the Court has no way to communicate with Mr. Flores regarding his lawsuit.

### III. Conclusion

The Court recommends that Mr. Flores' claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's September 16, 2021 Order; and (3) prosecute this lawsuit.

DATED this 29th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE