# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ADAM FLORES**                                                                            **PLAINTIFF**

V.                    NO. 4:21-cv-00780-LPR-ERE

**TISH JHONSON,** *et al*.                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time to do so has passed. After a careful and *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Flores' claims are DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 18th day of April 2022.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE